UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62427-CIV-DIMITROULEAS

ADIDAS AG, *et al.*,

    Plaintiffs,
vs.

ADIDASCHINHHANG.NET, *et al.*,

    Defendants.
_____/

## **FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment against Defendants [DE 29], filed herein on February 23, 2024, and Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion for Entry of Final Default Judgment [DE 42], filed herein on May 22, 2024 (together, the "Motion"). The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc. (collectively "adidas" or "Plaintiffs"), and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, agents, representatives, servants, employees, subsidiaries, attorneys, and all persons acting in concert or participation with Defendants are hereby permanently restrained and enjoined from:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks, identified in Paragraphs 19-20 of Plaintiffs' Complaint [DE 1] (the "adidas Marks");

b. using the adidas Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of the adidas Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

h. otherwise unfairly competing with Plaintiffs;

i. using the adidas Marks or any confusingly similar trademarks within domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to websites, Internet based e-commerce stores, seller identities or domain names registered by, owned, or operated by Defendants; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

    a. In order to give practical effect to the Permanent Injunction, the domain names identified on Schedule "1" hereto (the "Subject Domain Names") are hereby ordered to be immediately transferred by the Defendants identified on Schedule "1" hereto, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiffs' control within five (5) days of receipt of this Judgment, upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs, or (ii) place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted;

    b. Plaintiffs may serve this injunction on any Internet search engines with a request that they permanently disable, deindex or delist any specific URLs identified by Plaintiffs, based upon the unlawful activities being conducted via the Subject Domain Names as a whole and via the URLs identified by Plaintiffs;

    c. Defendants identified on Schedule "1" hereto, their agent(s) or assign(s), shall voluntarily assign in writing all rights, title, and interest, to their Subject Domain Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

    d. Defendants identified on Schedule "1" hereto, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the Subject Domain Name(s) and, if within five (5) days of receipt of this Order these Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at those Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

    e. Plaintiffs may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are or have been used by the Defendants identified on Schedule "1" hereto in connection with their promotion, offering for sale, and/or sale of goods using counterfeits and/or infringements of the adidas Marks; and

  f. Upon Plaintiffs' request, Defendants identified on Schedule "1" hereto shall request, in writing, permanent termination of any messaging services, domain names, usernames, and social media accounts they own, operate, or control on any messaging service and social media platform.

(3) Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

  a. Award Plaintiffs $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range of 15 U.S.C. § 1117(c).

(4) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(d) is determined to be:

  a. $20,000.00 against Defendant 1 - adidaschinhhang.net, for its domain names, adidaschinhhang.net and, adidas-superstar.com, for which let execution issue;

  b. $10,000.00 against Defendant 2 - adidassk-sk.com, for its domain name, adidassk-sk.com, for which let execution issue;

  c. $10,000.00 against Defendant 3 - adidas-south-africa.com, for its domain name, adidas-south-africa.com, for which let execution issue;

  d. $30,000.00 against Defendant 4 - adidasyeezyshoess.com, for its domain names, adidasyeezyshoess.com, adidas-yeezyshoess.com, adidas-yeezyslides.com, for which let execution issue;

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by Plaintiffs in the amount of $50,000.00 is hereby ordered released by the Clerk.

(7) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(8) Plaintiffs are ordered to serve a copy of this Order upon Defendants by providing the address to Plaintiffs' designated serving notice website to Defendants via e-mail to the e-mail accounts provided by each Defendant as part of the data related to its domain name, including customer service e-mail addresses, onsite contact forms, and private messaging applications and/or services, or via the registrar of record for each of the domain names; and by publicly posting a true and accurate copy of the foregoing on Plaintiffs' designated serving notice website appearing at http://servingnotice.com/Ds38xj4/index.html.

(9) The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 12th day of June, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | adidaschinhhang.net |
| 1 | adidas-superstar.com |
| 2 | adidassk-sk.com |
| 3 | adidas-south-africa.com |
| 4 | adidasyeezyshoess.com |
| 4 | adidas-yeezyshoess.com |
| 4 | adidas-yeezyslides.com |
| 4 | yeezy-350.com |
| 4 | yeezys-shoes.com |
| 4 | yeezysslidess.com |
| 4 | yeezys-slidess.com |
| 4 | yeezys-supplys.com |
| 5 | 911jersey.com |
| 6 | 98nflcc.shop |
| 7 | aago242.com |
| 7 | aagod.shop |
| 8 | allclubjersey.shop |
| 8 | besnewarrival.shop |
| 8 | bessoccershop.shop |
| 8 | bestsoccerjerseys.store |
| 8 | footballjerseyeu.shop |
| 8 | kukuding.com |
| 8 | nbjersey.shop |
| 8 | nicefootballjersey.shop |
| 8 | owojersey.shop |
| 8 | owojerseystore.shop |
| 8 | owoworldsoccer.shop |
| 8 | owoworldsoccershop.shop |
| 8 | salejerseyline.shop |
| 8 | sojerseys.shop |
| 8 | webfootballjerseys.shop |
| 9 | allteamstars.com |
| 10 | ayeezysupportofficial.com |
| 10 | yeezysoficial.com |
| 11 | bevnang.com |
| 11 | yeezyz.com |
| 12 | buyeezycool.shop |
| 12 | newyeezyshoes.shop |

| | |
|---|---|
| 12 | sportyeezy.shop |
| 12 | yeezyshoesbuy.com |
| 13 | buynewjerseys.cc |
| 13 | cheapjerseysblog.top |
| 13 | jerseystrade.top |
| 14 | cheapjordan.net |
| 15 | cheapyeezyonline.com |
| 15 | shop.mukhtarschools.com |
| 16 | classicajcollection.com |
| 17 | clubkick.shop |
| 18 | cocosneaker.net |
| 19 | coolkicksmall.com |
| 20 | coolsneakers.org |
| 21 | crewkicks.vip |
| 22 | ddjerseys.net |
| 23 | dwangkick.shop |
| 23 | dwangkick.vip |
| 23 | dwangshoes.shop |
| 23 | dwangsneaker.shop |
| 23 | dwangsneaker.vip |
| 24 | footballsuitss.com |
| 25 | gaokicknl.com |
| 25 | gaokickshop.com |
| 26 | goatreplicashoes.com |
| 27 | headsneakers.net |
| 28 | hotkicks.vip |
| 29 | hotkicksonline.com |
| 30 | jersey777.net |
| 31 | jerseyclub.life |
| 32 | jerseyishop.com |
| 33 | jerseys86.com |
| 34 | kakakicks.xyz |
| 35 | kicksfocus.com |
| 36 | kicksksa.com |
| 37 | kicksonsale.shop |
| 38 | kickz93.com |
| 39 | lalashoes.top |
| 39 | lalashoes.xyz |
| 40 | ljrkicks.com |
| 41 | lusoccer.com |
| 42 | mkicksneakerss.com |
| 43 | newjerseysky.net |
| 44 | nikebuyapp.shop |

| 44 | nikegbvip.shop |
|---|---|
| 44 | nikegoes.shop |
| 44 | nikeus.vip |
| 44 | nikevipfb.shop |
| 44 | nikevipgb.shop |
| 45 | ourssvips.com |
| 46 | redikicks.com |
| 47 | repskicksfi.com |
| 48 | repsneaker.net |
| 49 | repsshoes.com |
| 50 | *Dismissed* |
| 51 | soccerjerseys.top |
| 52 | sofiakicks.ru |
| 53 | spiderkicks.com |
| 54 | stockxpk.com |
| 55 | stylishkicks.shop |
| 56 | tee-bee.net |
| 57 | tikokicks.com |
| 58 | top-selling-jerseys.com |
| 59 | trenduy.com |
| 60 | trendykicksoutlet.com |
| 61 | vick123.com |
| 62 | vicksports.com |
| 63 | wholesalejerseyschinese.com |
| 64 | yayakick.shop |
| 65 | yeezy.fit |
| 66 | yeezyinn.com |
| 66 | yeezyonly.com |
| 67 | yeezyli.com |
| 68 | yeezylv.com |
| 69 | yeezyofficialwebsite.com |
| 70 | yeezyofficialwebsites.com |
| 71 | yeezysdiscount.net |
| 72 | yeezyshoess.org |
| 73 | yeezysoficials.com |
| 74 | yeezysply.net |
| 74 | yeezy-uk.com |
| 75 | yeezysupplyus.co |
| 76 | yeezysupplyus.com |
| 77 | yeezyofficialonline.com |
| 77 | yeezyofficial-us.com |
| 77 | yeezyofflcial-uk.com |
| 77 | yeezyoficial.com |

8

| 77 | yeezys-eu.com |
| 77 | yeezys-official.com |
| 77 | yeezys-us.com |
| 78 | yeezystyleshoes.shop |
| 79 | yeezydiscount.net |
| 79 | yeezyshoestop.com |

## SCHEDULE 1

| Defendant Number | Defendant / Domain Name |
|---|---|
| 4 | adidasyeezyshoess.com |
| 4 | adidas-yeezyshoess.com |
| 4 | adidas-yeezyslides.com |
| 4 | yeezy-350.com |
| 4 | yeezys-shoes.com |
| 4 | yeezysslidess.com |
| 4 | yeezys-slidess.com |
| 4 | yeezys-supplys.com |
| 6 | 98nflcc.shop |
| 7 | aago242.com |
| 7 | aagod.shop |
| 8 | allclubjersey.shop |
| 8 | besnewarrival.shop |
| 8 | bessoccershop.shop |
| 8 | footballjerseyeu.shop |
| 8 | nbjersey.shop |
| 8 | nicefootballjersey.shop |
| 8 | owojersey.shop |
| 8 | owojerseystore.shop |
| 8 | owoworldsoccer.shop |
| 8 | owoworldsoccershop.shop |
| 8 | salejerseyline.shop |
| 8 | sojerseys.shop |
| 8 | webfootballjerseys.shop |
| 10 | ayeezysupportofficial.com |
| 10 | yeezysoficial.com |
| 13 | buynewjerseys.cc |
| 13 | cheapjerseysblog.top |
| 13 | jerseystrade.top |
| 15 | cheapyeezyonline.com |
| 15 | shop.mukhtarschools.com |
| 16 | classicajcollection.com |
| 20 | coolsneakers.org |
| 21 | crewkicks.vip |
| 22 | ddjerseys.net |
| 23 | dwangshoes.shop |
| 23 | dwangsneaker.shop |
| 24 | footballsuitss.com |
| 25 | gaokicknl.com |

| 25 | gaokickshop.com |
|----|-----------------|
| 29 | hotkicksonline.com |
| 30 | jersey777.net |
| 31 | jerseyclub.life |
| 34 | kakakicks.xyz |
| 38 | kickz93.com |
| 39 | lalashoes.xyz |
| 40 | ljrkicks.com |
| 41 | lusoccer.com |
| 45 | ourssvips.com |
| 47 | repskicksfi.com |
| 51 | soccerjerseys.top |
| 52 | sofiakicks.ru |
| 53 | spiderkicks.com |
| 54 | stockxpk.com |
| 56 | tee-bee.net |
| 57 | tikokicks.com |
| 69 | yeezyofficialwebsite.com |
| 70 | yeezyofficialwebsites.com |
| 71 | yeezysdiscount.net |
| 72 | yeezyshoess.org |
| 74 | yeezysply.net |
| 74 | yeezy-uk.com |
| 75 | yeezysupplyus.co |
| 76 | yeezysupplyus.com |
| 77 | yeezyofficial-us.com |
| 79 | yeezydiscount.net |
| 79 | yeezyshoestop.com |